FILED
CLERK U.S. DISTRICT COURT
APR 20 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                             DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CLEMENTE ESCOBEDO<br><br>　　　　　Defendant. | Case No.: CR 11-469-MMM<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Cent. Dst. of California for alleged violation(s) of the terms and conditions of his/~~her~~ ~~[probation]~~ [supervised release]; and

　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　The Court finds that:

A.　(X)　The defendant has not met his/~~her~~ burden of establishing by clear and convincing evidence that he/~~she~~ is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on Absence of information re community

1     ties + bail Resources.

4     and/or

5 B.  (X)  The defendant has not met his/~~her~~ burden of establishing by clear and convincing evidence that he/~~she~~ is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: the nature of the alleged violations of supervised Release, + the defendant's prior criminal history

14     IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

17     Dated: April 20, 2012

                            Carla M. Woehrle
                            **CARLA M. WOEHRLE**
                            UNITES STATES MAGISTRATE JUDGE